FILED
FEB - 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

TOMMY HILFIGER LICENSING, INC. )
25 West 39th Street )
New York, New York 10018, )
                                Plaintiff, )
                                                                          Case No.: 07 0274
vs. )
VARIOUS JOHN DOES NOS. 1-300, )
and XYZ COMPANIES NOS. 1-20, )
                                Defendants. )

## ORDER GRANTING MOTION TO FILE COMPLAINT AND MOTION FOR EX PARTE TEMPORARY RESTRAINING ORDER UNDER SEAL

Before this Court is Plaintiff Tommy Hilfiger Licensing, Inc.'s Motion to File Complaint and Motion for Ex Parte Temporary Restraining Order Under Seal. The Court, after reviewing the Motion, finds that it is well taken and, accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that Tommy Hilfiger Licensing, Inc.'s Motion to File Complaint and Motion for Ex Parte Temporary Restraining Order Under Seal in this proceeding is GRANTED.

_____
JUDGE; UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Dated: Washington, D.C.

February 6, 2007

ISSUED: 12:00 p.m.

::ODMA\PCDOCS\WSH\413038\1

3

2