UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOMMY HILFIGER LICENSING, INC.<br>25 West 39th Street<br>New York, New York 10018,<br><br>        Plaintiff,<br><br>   vs.<br><br>VARIOUS JOHN DOES NOS. 1-300, and<br>XYZ COMPANIES NOS. 1-20,<br><br><br>        Defendants. | )<br>)<br>)<br>)<br>)  Case No.:<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

COMPLAINT

Plaintiff, through its undersigned attorneys, complaining of Defendants, alleges as follows:

COUNT I

Jurisdiction and Venue

1.     This claim arises under the provisions of the Trademark Act of 1946, 15 U.S.C. §

1051, et seq., particularly under 15 U.S.C. § 1114(1), and is for the infringement and counterfeiting

of trademarks registered in the United States Patent and Trademark Office by Plaintiff.  This Court

has jurisdiction over the subject matter of this claim pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §

1338.  Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391.

The Parties

2.     Plaintiff Tommy Hilfiger Licensing, Inc. ("Hilfiger") is a corporation duly organized

and existing under the laws of the state of Delaware having an office and principal place of business

at 25 West 39th Street, New York, New York 10018.

3.     Upon information and belief, Defendants Various John Does and XYZ Companies

("Defendants"), are present and doing business in the District of Columbia.  Defendants are

transacting and doing business in this Judicial District and have committed the acts complained of herein in this Judicial District.  Defendants are subject to the jurisdiction of this Court pursuant to the laws of this District and Rule 4 of the Federal Rules of Civil Procedure.

<u>Plaintiff Hilfiger's World Famous Trademarks</u>

4.      At all times mentioned, Hilfiger holds the exclusive rights and ownership of certain trademarks and related logos, emblems, trade dress and symbols; including the "TOMMY HILFIGER", CREST Design, FLAG Logo and Design, TOMMY HILFIGER/tommy Flag Logo and Design, TOMMY JEANS, and TOMMY HILFIGER Signature trademarks.

5.      Hilfiger, in 1989, was granted the exclusive right and license in the United States to use the trademark and tradename "TOMMY HILFIGER", and all related trademarks, logos, emblems, trade dress or symbols, including the CREST Design, FLAG Logo and Design, TOMMY HILFIGER/tommy Flag Logo and Design, TOMMY JEANS, TOMMY HILFIGER Signature, FLAG IN MOTION logo and design, STAR LOGO and design, TOMMY GIRL, HILFIGER ATHLETICS, and TOMMY on the TOMMY HILFIGER line of clothing and accessories.

6.      At present, Hilfiger's U.S. Trademark registrations include, but are not limited to, the following:  Registration Nos. 1,673,527, 1,816,430, 1,935,702, 1,940,821, 2,120,621, 2,153,151, and 2,179,671 (the "CREST Design"); Registration Nos. 1,398,612, 1,738,410, 1,833,391, 1,995,802, 1,978,987, 2,103,148, 2,162,940, and 2,351,825 (the "TOMMY HILFIGER" tradename); Registration Nos. 1,460,988, 1,727,740, 1,808,520, 2,030,406, 2,213,511, 2,063,504, 2,168,652, and 2,348,651 (the "FLAG Logo and Design"); Registration No. 2,124,016 (the "TOMMY HILFIGER/tommy Flag Logo and Design"); Registration Nos. 1,812,970 and 2,407,566 (the "TOMMY JEANS" trademarks); Registration No. 1,940,671 (the "TOMMY HILFIGER Signature" trademark); Registration Nos. 2, 389,024, 1,998,783 and 2,387,923 (the "TOMMY" trademarks); Registration Nos. 2,159,029and 2,381,662 (the "FLAG IN MOTION" Logo and Design);

Registration Nos. 2,390,195, 2,348,655 and 2,421,506 (the "HILFIGER ATHLETICS" trademarks); Registration No. 2,412,267 (the "STAR Logo and Design"); and Registration Nos. 2,145,523 and 2,159,761 (the "TOMMY GIRL" trademarks) (hereinafter collectively referred to as the "Hilfiger Trademark Registrations"). Photocopies of Hilfiger's Trademark Registrations are attached hereto as Exhibit A. Hilfiger's Trademark Registrations are in full force and effect and the trademarks and Hilfiger's business goodwill, with which the trademarks are associated, have never been abandoned.

7.      At all times herein mentioned, Hilfiger's CREST Design trademark was and is comprised of an oval insignia containing a lion figure, surrounded by a crown element on the top, laurel branches and leaves to the left and right, and a banner below.

8.      At all times herein mentioned, Hilfiger's Flag Logo and Design trademark was and is a rectangle comprised of a combination of geometric shapes in red and blue.

9.      At all times herein mentioned, Hilfiger's TOMMY HILFIGER/tommy Flag Logo and Design was and is a rectangle comprised of geometric shapes with red, blue and silver coloring. The words "TOMMY" and "Hilfiger" appear along the inside top and bottom edges, respectively, of the rectangle. The word "tommy" is centered across the middle of the rectangle.

10.     At all times herein mentioned, Hilfiger's FLAG IN MOTION Logo and Design was and is a parallelogram, slanted toward the right, comprised of geometric shapes with red and blue coloring.

11.     At all times herein mentioned, Hilfiger's STAR Logo and Design was and is a five-pointed star with internal horizontal and vertical lines on the center and arms of the star, with red and blue coloring.

12.     Hilfiger has expended huge sums of money in mass media advertising of the TOMMY HILFIGER line of clothing and related accessories bearing the TOMMY HILFIGER TRADEMARKS and trade dress colors as aforesaid, and the consuming public has come to know,

identify and recognize these trademarks and trade dress, as being exclusively that of the TOMMY HILFIGER line of products/merchandise.

13.    The tandem application and use of the CREST Design, Flag Logo and Design, TOMMY HILFIGER/tommy Flag Logo and Design, TOMMY JEANS, TOMMY HILFIGER Signature trademarks, FLAG IN MOTION Logo and Design, HILFIGER ATHLETICS trademarks, STAR Logo and Design, and TOMMY GIRL trademarks on clothing, sunglasses, hats, watches and related accessories have become recognized by relevant purchasers and consumers and have acquired a secondary meaning identifying Hilfiger as the source of origin.

14.    Hilfiger's trademarks and trade dress, alone and in tandem, have acquired substantial market value and the success of the TOMMY HILFIGER line of clothing and related accessories bearing same has enhanced their reputation, standing and goodwill for originality and quality in the clothing and apparel trade, and among retailers and the general consumer public.

<u>Defendants' Infringing Activities</u>

15.    Long after Plaintiff's adoption and use of its trademarks on clothing and related products and long after Plaintiff's federal registration of its trademarks, Defendants, on information and belief, commenced the manufacture, distribution, and sale of products bearing counterfeits and infringements of Plaintiff's trademarks as those trademarks appear on Plaintiff's apparel and as shown in the U.S. Trademark Registrations of Complaint Exhibit A.

16.    On information and belief, the activities of Defendants complained of herein constitute willful and intentional infringement of Plaintiff's registered trademarks; are in total disregard of Plaintiff's rights and were commenced and have continued in spite of Defendants' knowledge that the use of any of the trademarks of Plaintiff's or a copy or a colorable imitation thereof, was and is in direct contravention of Plaintiff's rights.

17.     The use by Defendants of a copy of the trademarks of the Plaintiff has been without the consent of Plaintiff, is likely to cause confusion and mistake in the minds of the purchasing public and, in particular, tends to and does falsely create the impression that the goods sold by Defendants are authorized, sponsored, or approved by Plaintiff when, in fact, they are not.

18.     Plaintiff has no adequate remedy at law, and is suffering irreparable harm and damages as a result of the acts of Defendants as aforesaid in an amount thus far not determined, but believed to be in excess of Twenty Five Thousand Dollars ($25,000).

<u>COUNT II</u>

<u>Jurisdiction and Venue</u>

19.     This claim arises under the provisions of the Trademark Act of 1946, 15 U.S.C. § 1051, <u>et seq.</u>, particularly under 15 U.S.C. § 1125(a) and alleges the use in commerce of false designations of origin and false descriptions and representations.  This Court has jurisdiction over the subject matter of this claim pursuant to 15 U.S.C. § 1121 and 28 U.S.C. § 1338.  Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391.

20.     Plaintiff incorporates all prior allegations.

21.     Defendants have affixed, applied, or used in connection with their sale of goods, false designations of origin and false descriptions and representations, including words or other symbols which tend falsely to describe or represent such goods and have caused such goods to enter into commerce with full knowledge of the falsity of such designations of origin and such descriptions and representations, all to the detriment of Plaintiff.  In particular, the sale by Defendants of goods incorporating counterfeits of Plaintiff's trademarks constitutes false descriptions and representations tending falsely to describe or represent goods sold by Defendants.

22.     Upon information and belief, Defendants have sold clothing and accessories bearing counterfeit copies of the trademarks of the Plaintiff with the express intent to cause confusion and

mistake, to deceive and mislead the purchasing public, to trade upon the reputation of the Plaintiff and to improperly appropriate the valuable trademark rights of Plaintiff.

23.     Plaintiff has no adequate remedy at law and is suffering irreparable harm and damage as a result of the acts of Defendants complained of herein in an amount thus far not determined, but believed to be in excess of Twenty Five Thousand Dollars ($25,000).

<u>COUNT III</u>

<u>Jurisdiction and Venue</u>

24.     This claim arises under the law of the District of Columbia relating to trademark infringement and unfair competition.  This Court has jurisdiction over the subject matter of this claim pursuant to the provisions of 28 U.S.C. § 1338(b), this being a claim of unfair competition joined with a substantial and related claim under the Trademark Laws of the United States, and under the doctrine of supplemental jurisdiction.

25.     Plaintiff incorporates all prior allegations.

26.     As more fully set forth above, the trademarks of the Plaintiff have come to have a secondary meaning indicative of origin, relationship, sponsorship, and/or association with the Plaintiff.  The purchasing public is likely to attribute to the Plaintiff the use by Defendants of copies of the Plaintiff's trademarks as a source of origin, authorization and/or sponsorship for Defendants' products and, therefore, to buy Defendants' products in that erroneous belief.

27.     On information and belief, Defendants have intentionally appropriated the trademarks of the Plaintiff with the intent of causing confusion, mistake, and deception as to the source of their goods, and with the intent to palm off their goods as those of the Plaintiff and to place others in the position to palm off their goods as those of the Plaintiff and, as such, Defendants have committed trademark infringement and unfair competition under the common law.

28.    Plaintiff has no adequate remedy at law and has suffered irreparable harm and damage as a result of Defendants' acts as aforesaid in an amount thus far not determined, but believed to be in excess of Twenty Five Thousand Dollars ($25,000).

WHEREFORE, Plaintiff prays:

I.    That a preliminary and permanent injunction be issued enjoining Defendants and their agents, servants, employees, and attorneys and those persons in active concert or participation with them:

A.    From using any of the trademarks of Plaintiff or any mark similar thereto in connection with the sale of any unauthorized goods or the rendering of any unauthorized services;

B.    From using any logo, trade name, or trademark which may be calculated to falsely represent or which has the effect of falsely representing that the services or products of Defendants or of third parties are sponsored by, authorized by, or in any way associated with Plaintiff;

C.    From infringing the Plaintiff's registered trademarks;

D.    From otherwise unfairly competing with the Plaintiff;

E.    From falsely representing themselves as being connected with the Plaintiff or sponsored by or associated with the Plaintiff or engaging in any act which is likely to falsely cause the trade, retailers and/or members of the purchasing public to believe that Defendants, or any one of them, are associated with the Plaintiff;

F.    From using any reproduction, counterfeit, copy, or colorable imitation of the trademarks of Plaintiff in connection with the publicity, promotion, sale, or advertising of goods sold by Defendants including, without limitation, clothing and related articles bearing a copy or colorable imitation of any of the Plaintiff's trademarks; and,

       G.      From affixing, applying, annexing, or using in connection with the sale of any goods, a false description or representation including words or other symbols tending to falsely describe or represent such goods as being those of the Plaintiff's and from offering such goods in commerce.

      II.     That Defendants be required to account to Plaintiff for all profits and damages resulting from Defendants' respective infringing activities and that the award to Plaintiff be increased as provided for under 15 U.S.C. § 1117.

      III.    That Plaintiff have a recovery from Defendants of the costs of this action and Plaintiff's reasonable counsel fees.

      IV.    That Plaintiff have all other and further relief as this Court may deem just and proper under the circumstances.

Dated: February 2, 2007

                                          Respectfully submitted,

                                          /s/ Stephen R. Smith               
                                          Stephen R. Smith
                                          D.C. Bar No. 453719
                                          Ivan J. Snyder
                                          D.C. Bar No. 498461
                                          POWELL GOLDSTEIN LLP
                                          901 New York Avenue, N.W.
                                          Third Floor
                                          Washington, D.C. 20001
                                          202-347-0066
                                          202-624-7222 (Facsimile)

                                          ATTORNEYS FOR PLAINTIFF
                                          TOMMY HILFIGER LICENSING, INC

OF COUNSEL:
Brian W. Brokate, Esquire
Angelo E. P. Mazza, Esquire
GIBNEY, ANTHONY & FLAHERTY
665 Fifth Avenue
New York, New York

212-688-5151
212-688-8315 (Facsimile)

::ODMA\PCDOCS\WSH\412948\1

Int. Cl.: 25

Prior U.S. Cl.: 39

Reg. No. 1,398,612

## United States Patent and Trademark Office
Registered June 24, 1986

## TRADEMARK
### PRINCIPAL REGISTER

## TOMMY HILFIGER

TOMMY HILFIGER, INC. (NEW JERSEY COR-
PORATION)
172 BOONTON AVENUE
KINNELON, NJ 07405

FOR: CLOTHING FOR MEN AND WOMEN:
NAMELY, SHIRTS, PANTS, JACKETS, SWEAT-
ERS, SHORTS, BELTS, VESTS, SPORT JACK-
ETS, COATS, RAIN COATS, PARKAS, IN
CLASS 25 (U.S. CL. 39).

FIRST USE 7-0-1982; IN COMMERCE
7-0-1982.

SER. NO. 566,804, FILED 11-4-1985.

ERIC WACHSPRESS, EXAMINING ATTORNEY

Int. Cls.: 25 and 42

Prior U.S. Cls.: 39 and 101

**United States Patent and Trademark Office**

Reg. No. 1,738,410
Registered Dec. 8, 1992

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

## TOMMY HILFIGER

TOMMY HILFIGER, INC. (NEW JERSEY COR-
PORATION)
25 WEST 39TH STREET
NEW YORK, NY 10018

FOR: CLOTHING FOR MEN AND BOYS;
NAMELY, SHIRTS, SWEATERS, PANTS,
SWEATSHIRTS, SHORTS, SPORT JACKETS,
RAINCOATS, PARKAS, OVERCOATS, BATH-
ING SUITS, VESTS, TURTLENECKS, IN CLASS
25 (U.S. CL. 39).
FIRST USE 7-0-1982; IN COMMERCE
7-0-1982.

FOR: RETAIL CLOTHING STORE SERV-
ICES, IN CLASS 42 (U.S. CL. 101).
FIRST USE 8-0-1985; IN COMMERCE
8-0-1985.
OWNER OF U.S. REG. NOS. 1,396,905 AND
1,398,612.
THE NAME "TOMMY HILFIGER" IDENTI-
FIES A PARTICULAR LIVING INDIVIDUAL
WHOSE CONSENT IS OF RECORD.

SER. NO. 74-181,688, FILED 7-2-1991.

EDWARD NELSON, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 1,833,391
Registered Apr. 26, 1994

## TRADEMARK
### PRINCIPAL REGISTER

## TOMMY HILFIGER

TOMMY HILFIGER, INC. (NEW JERSEY COR-
PORATION)
25 WEST 39TH STREET
NEW YORK, NY 10018

FOR: TIES, SOCKS, SUSPENDERS, HATS,
CAPS, SUITS AND BLAZERS, IN CLASS 25
(U.S. CL. 39).
FIRST USE 7–25–1993; IN COMMERCE
7–25–1993.

OWNER OF U.S. REG. NOS. 1,396,905 AND
1,398,612.

"TOMMY HILFIGER" IS A LIVING INDI-
VIDUAL WHOSE CONSENT IS OF RECORD.

SN 74–801,526, FILED 1–30–1991.

EDWARD NELSON, EXAMINING ATTORNEY

Int. Cls.: 3, 18, and 25

Prior U.S. Cls.: 1, 2, 3, 4, 6, 22, 39, 41, 50, 51, and 52

Reg. No. 1,995,802

## United States Patent and Trademark Office

Registered Aug. 20, 1996

### TRADEMARK
#### PRINCIPAL REGISTER

## TOMMY HILFIGER

TOMMY HILFIGER, INC. (NEW JERSEY COR-
PORATION)
25 WEST 39TH STREET
NEW YORK, NY 10018

FOR: DEODORANTS AND SOAPS FOR PER-
SONAL USE, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50,
51 AND 52).

FIRST USE 12-0-1995; IN COMMERCE
12-0-1995.

FOR: ARTICLES OF LEATHER AND IMITA-
TION LEATHER, NAMELY, WALLETS,
CREDIT CARD CASES, BILLFOLDS, UMBREL-
LAS AND TRAVELLING BAGS, IN CLASS 18
(U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 11-0-1994; IN COMMERCE
11-0-1994.

FOR: BATHROBES, TUXEDOS, PAJAMAS,
UNDERPANTS AND UNDERSHIRTS, IN
CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-0-1994; IN COMMERCE
6-0-1994.

OWNER OF U.S. REG. NOS. 1,396,905 AND
1,398,612.

"TOMMY HILFIGER" IS A LIVING INDI-
VIDUAL WHOSE CONSENT IS OF RECORD.

SN 74-134,713, FILED 1-30-1991.

EDWARD NELSON, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

Reg. No. 1,673,527

## United States Patent and Trademark Office

Registered Jan. 28, 1992

## TRADEMARK
### PRINCIPAL REGISTER



TOMMY HILFIGER, INC. (NEW JERSEY COR-
PORATION)
25 WEST 39TH STREET
NEW YORK, NY 10018

FOR: CLOTHING FOR MEN AND BOYS;
NAMELY, SHIRTS, SWEATERS, SPORTCOATS,
PANTS, SWEATSHIRTS, SHORTS, SPORT
JACKETS, RAINCOATS, PARKAS, OVER-

COATS, BATHING SUITS, VESTS, TURTLE-
NECKS, IN CLASS 25 (U.S. CL. 39).
FIRST USE 8-0-1986; IN COMMERCE
8-0-1986.

SER. NO. 74-135,135, FILED 1-30-1991.

KEITH L. HENDERSON, EXAMINING ATTOR-
NEY

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,816,430
Registered Jan. 11, 1994

## TRADEMARK
### PRINCIPAL REGISTER



TOMMY HILFIGER, INC. (NEW JERSEY COR-
PORATION)
25 WEST 39TH STREET
NEW YORK, NY 10018

FOR: TIES, SOCKS, SUSPENDERS, HATS,
CAPS, SUITS AND BLAZERS, IN CLASS 25
(U.S. CL. 39).

FIRST USE 7-23-1993; IN COMMERCE
7-23-1993.
OWNER OF U.S. REG. NOS. 1,396,905 AND
1,399,605.

SN 74-801,471, FILED 1-30-1991.

EDWARD NELSON, EXAMINING ATTORNEY

Int. Cls.: 18 and 25

Prior U.S. Cls.: 1, 2, 3, 22, 39, and 41

**United States Patent and Trademark Office**

Reg. No. 1,935,702
Registered Nov. 14, 1995

## TRADEMARK
### PRINCIPAL REGISTER



TOMMY HILFIGER, INC. (NEW JERSEY COR-
PORATION)
25 WEST 39TH STREET
NEW YORK, NY 10018

FOR: ARTICLES OF LEATHER AND IMITA-
TION LEATHER; NAMELY, WALLETS,
CREDIT CARD CASES, UMBRELLAS, TRAV-
ELLING BAGS, BILLFOLDS, IN CLASS 18 (U.S.
CLS. 1, 2, 3, 22 AND 41).
FIRST USE 1-0-1995; IN COMMERCE
1-0-1995.
FOR: SHIRTS, BATH ROBES, SPORT COATS,
PANTS, SWEATERS, SHORTS, TUXEDOES, PA-
JAMAS, UNDERPANTS, UNDERSHIRTS,
BATHING SUITS, OVERCOATS, RAINCOATS,
PARKAS, SWEAT SHIRTS AND PANTS, IN
CLASS 25 (U.S. CLS. 22 AND 39).
FIRST USE 7-0-1994; IN COMMERCE
7-0-1994.
OWNER OF U.S. REG. NOS. 1,396,905 AND
1,399,605.

SN 74–135,113, FILED 1–30–1991.

EDWARD NELSON, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 1,940,821
Registered Dec. 12, 1995

## TRADEMARK
### PRINCIPAL REGISTER



TOMMY HILFIGER LICENSING, INC. (DELA-WARE CORPORATION)
913 N. MARKET STREET
WILMINGTON, DE 19801

FOR: ARTICLES OF CLOTHING, NAMELY SHIRTS, SWEATERS, SPORTCOATS, PANTS, SWEATSHIRTS, SHORTS, SPORT JACKETS, RAINCOATS, PARKAS, OVERCOATS, BATHING SUITS, VESTS, TURTLENECKS, TIES, SOCKS, SUSPENDERS, HATS, CAPS, SUITS AND BLAZERS , IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-0-1986; IN COMMERCE 8-0-1986.

OWNER OF U.S. REG. NOS. 1,673,527, 1,879,005 AND OTHERS.

THE DRAWING OF THE MARK IS LINED FOR THE COLORS GOLD, RED, BLUE, AND GREEN.

SER. NO. 74-584,661, FILED 10-12-1994.

CATHERINE KAISER KREBS, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

Reg. No. 1,460,988

## United States Patent and Trademark Office    Registered Oct. 13, 1987

### TRADEMARK
### PRINCIPAL REGISTER



TOMMY HILFIGER, INC. (NEW JERSEY COR-
PORATION)
172 BOONTON AVENUE
KINNELON, NJ 07405

FOR: CLOTHING FOR MEN AND WOMEN,
NAMELY, SHIRTS, PANTS, JACKETS, SWEAT-
ERS, SHORTS, BELTS, VESTS, SPORT JACK-
ETS, COATS, RAIN COATS, PARKAS, IN
CLASS 25 (U.S. CL. 39).
FIRST USE 1–0–1985; IN COMMERCE
1–0–1985.

THE DRAWING IS LINED FOR THE
COLORS RED AND BLUE.

THE TRADEMARK IS A COMBINATION OF
DIFFERENT COLORED GEOMETRIC SHAPES.

SEC. 2(F).

SER. NO. 566,805, FILED 11–4–1985.

ROBERT C. CLARK JR., EXAMINING ATTOR-
NEY

Int. Cls.: 25 and 42

Prior U.S. Cls.: 39 and 101

**United States Patent and Trademark Office**

Reg. No. 1,727,740
Registered Oct. 27, 1992

### TRADEMARK
### SERVICE MARK
### PRINCIPAL REGISTER



TOMMY HILFIGER, INC. (NEW JERSEY COR-
PORATION)
25 WEST 39TH STREET
NEW YORK, NY. 10018

FOR: CLOTHING FOR MEN AND BOYS;
NAMELY, SHIRTS, SWEATERS, SPORTCOATS,
PANTS, SWEATSHIRTS, SHORTS, SPORT
JACKETS, RAINCOATS, PARKAS, OVER-
COATS, BATHING SUITS, VESTS, TURTLE-
NECKS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 1-0-1985; IN COMMERCE
1-0-1985.

FOR: RETAIL CLOTHING STORE SERV-
ICES, IN CLASS 42 (U.S. CL. 101).

FIRST USE 8-0-1985; IN COMMERCE
8-0-1985.

OWNER OF U.S. REG. NO. 1,460,988.

THE DRAWING IS LINED FOR THE
COLORS RED AND BLUE.

SER. NO. 74-181,697, FILED 7-2-1991.

CARYN HINES, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,808,520
Registered Nov. 30, 1993

### TRADEMARK
### PRINCIPAL REGISTER



TOMMY HILFIGER, INC. (NEW JERSEY COR-
   PORATION)
25 WEST 39TH STREET
NEW YORK, NY 10018

FOR: SOCKS, TIES, HATS, CAPS AND BLAZ-
ERS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 9-25-1993; IN COMMERCE
9-25-1993.
   THE DRAWING IS LINED FOR THE
COLORS RED AND BLUE.

SN 74-801,413, FILED 1-30-1991.

EDWARD NELSON, EXAMINING ATTORNEY

Int. Cls.: **3, 18, and 25**

Prior U.S. Cls.: **1, 2, 3, 4, 6, 22, 39, 41, 50, 51, and 52**

Reg. No. 2,030,406

## United States Patent and Trademark Office

Registered Jan. 14, 1997

### TRADEMARK
### PRINCIPAL REGISTER



TOMMY HILFIGER, INC. (NEW JERSEY CORPORATION)
25 WEST 39TH STREET
NEW YORK, NY 10018

FOR: COLOGNE, EAU DE TOILETTE, SHAVING LOTION, DEODORANT, SOAP FOR PERSONAL USE, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 3-0-1995; IN COMMERCE 3-0-1995.

FOR: ARTICLES OF LEATHER AND IMITATION LEATHER, NAMELY WALLETS, CREDIT CARD CASES, BILLFOLDS, UMBRELLAS, AND TRAVELLING BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 11-0-1994; IN COMMERCE 11-0-1994.

FOR: BATHROBES, TUXEDOS, PAJAMAS, UNDERPANTS, UNDERSHIRTS, AND SUSPENDERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-0-1994; IN COMMERCE 6-0-1994.

OWNER OF U.S. REG. NOS. 1,460,988, 1,727,740, AND 1,808,520.

THE DRAWING IS LINED FOR THE COLORS RED AND BLUE.

SN 74–135,114, FILED 1–30–1991.

EDWARD NELSON, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,124,016
Registered Dec. 23, 1997

## TRADEMARK
### PRINCIPAL REGISTER



TOMMY HILFIGER LICENSING, INC. (DELA-WARE CORPORATION)
913 N. MARKET STREET
WILMINGTON, DE 19801

FOR: CLOTHING, NAMELY, SHIRTS, BLAZERS, VESTS, SHORTS, DENIM BOTTOMS, TROUSERS, DRESSES, SKIRTS, T-SHIRTS, SWEATSHIRTS, SWEATERS, COATS, JACKETS AND HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-0-1996; IN COMMERCE 8-0-1996.

OWNER OF U.S. REG. NOS. 1,398,612, 2,025,974 AND OTHERS.

THE MARK IS LINED FOR THE COLORS RED AND BLUE AND SILVER.

"TOMMY HILFIGER" IS THE NAME OF A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

SER. NO. 75-259,922, FILED 3-19-1997.

LAVERNE THOMPSON, EXAMINING ATTORNEY



Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,812,970
Registered Dec. 21, 1993

### TRADEMARK
#### PRINCIPAL REGISTER

## TOMMY JEANS

TOMMY HILFIGER, INC. (NEW JERSEY COR-
PORATION)
25 WEST 39TH STREET
NEW YORK, NY 10018

FOR: PANTS, IN CLASS 25 (U.S. CL. 39).
FIRST USE 7-15-1991; IN COMMERCE
7-15-1991.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "JEANS", APART FROM THE
MARK AS SHOWN.

SN 74-137,316, FILED 2-7-1991.

MICHAEL HICKS, EXAMINING ATTORNEY

JUN-02-99  16:14  From:GIBNEY ANTHONY FLAHERTY          2126986315          T-836  P.03/03  Job-335

Int. Cl.: 25

Prior U.S. Cl.: 39

Reg. No. 1,940,671

# United States Patent and Trademark Office

Registered Dec. 12, 1995

## TRADEMARK
## PRINCIPAL REGISTER

*Tommy Hilfiger*

TOMMY HILFIGER LICENSING, INC. (DELA-
WARE CORPORATION)
913 N. MARKET STREET
WILMINGTON, DE

FOR: CLOTHING, NAMELY SHIRTS,
SHORTS, SWEATERS, T-SHIRTS, VESTS,
PARKAS AND BLAZERS, IN CLASS 25 (U.S.
CL. 39).
   FIRST USE 4-0-1994; IN COMMERCE
5-37-1994.

OWNER OF U.S. REG. NOS. 1,398,612,
1,736,410, AND 1,833,391.

"TOMMY HILFIGER" IS THE NAME OF A
LIVING INDIVIDUAL WHOSE CONSENT IS
OF RECORD.

SER. NO. 74-543,261, FILED 6-29-1994.

EDWARD NELSON, EXAMINING ATTORNEY

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,389,024

Registered Sep. 26, 2000

## TRADEMARK
## PRINCIPAL REGISTER

# TOMMY

TOMMY HILFIGER LICENSING, INC. (DELAWARE CORPORATION)
913 N. MARKET STREET
WILMINGTON, DE 19801

FOR: CLOTHING FOR MEN, WOMEN AND CHILDREN, NAMELY, T-SHIRTS, SWEATSHIRTS, SWEATERS, SHIRTS, ANORAKS, JACKETS, COATS,

JEANS, SHORTS, OVERALLS, HATS, AND CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-0-1987; IN COMMERCE 12-0-1987. OWNER OF U.S. REG. NOS. 1,398,612, 2,162,940 AND OTHERS.

SER. NO. 75-407,975, FILED 12-19-1997.

DAVID H. STINE, EXAMINING ATTORNEY

JUL.23.2001   5:50PM                                    NO.954   P.4

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 2,120,621
Registered Dec. 9, 1997

## TRADEMARK
### PRINCIPAL REGISTER



TOMMY HILFIGER LICENSING, INC. (DELA-
  WARE CORPORATION)
913 N. MARKET STREET
WILMINGTON, DE 19801

FOR: FOOTWEAR, NAMELY, SHOES,
BOOTS, SNEAKERS, SANDALS AND SLIP-
PERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-15-1997; IN COMMERCE
1-15-1997.
  OWNER OF U.S. REG. NOS. 1,816,430,
1,935,702, AND OTHERS.

SN 75-161,747, FILED 9-6-1996.

LAVERNE THOMPSON, EXAMINING ATTOR-
NEY

JUL.23.2001   5:50PM                                         NO.954   P.6

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

## United States Patent and Trademark Office

Reg. No. 2,153,151
Registered Apr. 21, 1998

## TRADEMARK
### PRINCIPAL REGISTER



TOMMY HILFIGER LICENSING, INC. (DELA-
WARE CORPORATION)
913 N. MARKET STREET
WILMINGTON, DE 19801

FOR: SUNGLASSES, EYEGLASSES, AND
EYEGLASS FRAMES, IN CLASS 9 (U.S. CLS. 21,
23, 26, 36 AND 38).

FIRST USE 8-0-1996; IN COMMERCE
8-0-1996.
OWNER OF U.S. REG. NOS. 1,673,527,
1,816,430, AND 1,879,005.

SN 75-976,679, FILED 4-7-1995.

ALAN ATCHISON, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28, and 50

**United States Patent and Trademark Office**

Reg. No. 2,179,671
Registered Aug. 4, 1998

## TRADEMARK
## PRINCIPAL REGISTER



TOMMY HILFIGER LICENSING, INC. (DELA-
WARE CORPORATION)
913 N. MARKET STREET
WILMINGTON, DE 19801

FOR: JEWELRY MADE OF PRECIOUS AND
NON-PRECIOUS METALS AND STONE,
NAMELY CUFF LINKS, IN CLASS 14 (U.S. CLS.
2, 27, 28 AND 50)

FIRST USE 11-16-1996; IN COMMERCE
11-16-1996.

OWNER OF U.S. REG. NOS. 1,673,527,
1,816,430, AND 1,879,005.

SN 75-977,143, FILED 4-7-1995.

ALAN ATCHISON, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

# United States Patent and Trademark Office

**Reg. No. 2,159,029**
Registered May 19, 1998

## TRADEMARK
### PRINCIPAL REGISTER



TOMMY HILFIGER LICENSING, INC. (DELA-
WARE CORPORATION)
913 N. MARKET STREET
WILMINGTON, DE 19801

FOR: CLOTHING, NAMELY, SHIRTS, T-
SHIRTS, SWEATSHIRTS, SHORTS, PANTS,
SOCKS AND FOOTWEAR, IN CLASS 25 (U.S.
CLS. 22 AND 39).
FIRST USE 1-0-1997; IN COMMERCE
1-0-1997.

OWNER OF U.S. REG. NOS. 1,460,988, 1,727,740,
AND 1,808,520.

THE MARK IS LINED FOR THE COLORS
RED AND BLUE.

SER. NO. 75-308,355, FILED 6-13-1997.

LAVERNE THOMPSON, EXAMINING ATTOR-
NEY

JUL.23.2001 5:51PM    NO.954   P.11   P.02/06

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36 and 38**

## United States Patent and Trademark Office

**Reg. No. 2,381,662**
Registered Aug. 29, 2000

### TRADEMARK
### PRINCIPAL REGISTER



TOMMY HILFIGER LICENSING, INC. (DELAWARE CORPORATION)
913 N. MARKET STREET
WILMINGTON, DE 19801

FOR: SUNGLASSES, EYEGLASSES, EYEGLASS FRAMES, AND EYEGLASS CASES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).
FIRST USE 9-0-1997; IN COMMERCE 9-0-1997.

OWNER OF U.S. REG. NOS. 1,460,988, 2,213,511 AND OTHERS.

THE DRAWING IS LINED FOR THE COLORS BLUE AND RED.

SER. NO. 75-859,715, FILED 11-30-1999.

KEVON CHISOLM, EXAMINING ATTORNEY

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

United States Patent and Trademark Office

·Reg. No. 2,348,655
Registered May 9, 2000

## TRADEMARK
### PRINCIPAL REGISTER

## HILFIGER ATHLETICS

TOMMY HILFIGER LICENSING. INC. (DELA-
WARE CORPORATION)
913 N. MARKET STREET
WILMINGTON, DE 19801

FOR: KEY LANYARDS, IN CLASS 20 (U.S.
CLS. 2, 13, 22, 25, 32 AND 50).
FIRST USE 1-1-1999; IN COMMERCE
1-1-1999.

OWNER OF U.S. REG. NOS. 1,738,410. 2,041,463
AND OTHERS.

SER. NO. 75-739,956, FILED 6-30-1999.

LAVERNE THOMPSON, EXAMINING ATTOR-
NEY

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51, and 52

## United States Patent and Trademark Office

Reg. No. 2,390,195
Registered Sep. 26, 2000

## TRADEMARK
## PRINCIPAL REGISTER

## HILFIGER ATHLETICS

TOMMY HILFIGER LICENSING, INC. (DELAWARE CORPORATION)
913 N. MARKET STREET
WILMINGTON, DE 19801

FOR: COLOGNE SPRAY, FRAGRANCED SHOWER GEL, BODY MOISTURIZING LOTION, BODY GEL, DEODORANTS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 5-0-1998; IN COMMERCE 5-0-1998.

OWNER OF U.S. REG. NOS. 1,738,410 AND 2,041,463.

SN 75-373,131, FILED 10-15-1997.

GERALD C. SEEGARS, EXAMINING ATTORNEY

JUL. 23. 2001ﾖ1 5:52PM                                                NO.954    P. 15
                                                                              P. 05/06

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22 and 41

**Reg. No. 2,421,506**

# United States Patent and Trademark Office

Registered Jun. 16, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## HILFIGER ATHLETICS

TOMMY HILFIGER LICENSING, INC. (DELAWARE CORPORATION)
913 N. MARKET STREET
WILMINGTON, DE 19801

FOR: HANDBAGS, BACKPACKS, DUFFEL BAGS, GYM BAGS, BOOK BAGS, BELT BAGS AND MESSENGER BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 1-0-1997; IN COMMERCE 1-0-1997.

OWNER OF U.S. REG. NOS. 2,041,463, 2,348,655 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ATHLETICS", APART FROM THE MARK AS SHOWN.

THE NAME IN THE MARK IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

SER. NO. 75-934,289, FILED 3-2-2000.

LAVERNE THOMPSON, EXAMINING ATTORNEY

JUL.23.2001   5:53PM                                               NO.954   P.17

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**Reg. No. 2,213,511**

## United States Patent and Trademark Office    Registered Dec. 22, 1998

### TRADEMARK
### PRINCIPAL REGISTER



TOMMY HILFIGER LICENSING, INC. (DELA-
WARE CORPORATION)
913 N. MARKET STREET
WILMINGTON, DE 19801

FOR: FOOTWEAR, NAMELY, SHOES,
BOOTS, SNEAKERS, SANDALS, AND SLIP-
PERS, IN CLASS 25 (U.S. CLS. 22 AND 39).
FIRST USE 1-15-1997; IN COMMERCE
1-15-1997.

OWNER OF U.S. REG. NOS. 1,460,988,
1,727,740, AND 1,808,520.

THE MARK IS LINED FOR THE COLORS
RED AND BLUE.

SN 75-976,739, FILED 9-6-1996.

LAVERNE THOMPSON, EXAMINING ATTOR-
NEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**Reg. No. 2,063,504**

## United States Patent and Trademark Office

Registered May 20, 1997

### TRADEMARK
### PRINCIPAL REGISTER



TOMMY HILFIGER LICENSING, INC. (DELA-
WARE CORPORATION)
913 N. MARKET STREET
WILMINGTON, DE 19801

FOR: EYEWEAR, NAMELY, EYEGLASSES,
SUNGLASSES AND EYEGLASS FRAMES AND
LENSES AND EYEWEAR ACCESSORIES,
NAMELY, CASES AND HOLDERS, IN CLASS 9
(U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 7-0-1996; IN COMMERCE
7-0-1996.
OWNER OF U.S. REG. NOS. 1,460,988,
1,727,740, AND 1,808,520.
THE MARK IS LINED FOR THE COLORS
RED AND BLUE.

SER. NO. 75-161,745, FILED 9-6-1996.

LAVERNE THOMPSON, EXAMINING ATTOR-
NEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28, and 50

## United States Patent and Trademark Office

Reg. No. 2,168,652
Registered June 23, 1998

## TRADEMARK
### PRINCIPAL REGISTER



TOMMY HILFIGER LICENSING, INC. (DELA-
WARE CORPORATION)
913 N. MARKET STREET
WILMINGTON, DE 19801

    FOR: JEWELRY MADE OF PRECIOUS AND
NON-PRECIOUS METALS AND STONE,
NAMELY, CUFF-LINKS, IN CLASS 14 (U.S.
CLS. 2, 27, 28 AND 50).
    FIRST USE 11-16-1997; IN COMMERCE
11-16-1997.

OWNER OF U.S. REG. NOS. 1,460,988,
1,727,740, AND 1,808,520.

    THE MARK IS LINED FOR THE COLORS
RED AND BLUE

    SN 75-977,159. FILED 9-6-1996.

LAVERNE THOMPSON, EXAMINING ATTOR-
NEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28, and 50

**United States Patent and Trademark Office**

**Reg. No. 2,168,652**
Registered June 23, 1998

## TRADEMARK
### PRINCIPAL REGISTER



TOMMY HILFIGER LICENSING, INC. (DELA-
WARE CORPORATION)
913 N. MARKET STREET
WILMINGTON, DE 19801

FOR: JEWELRY MADE OF PRECIOUS AND
NON-PRECIOUS METALS AND STONE,
NAMELY, CUFF-LINKS, IN CLASS 14 (U.S.
CLS. 2, 27, 28 AND 50).

FIRST USE 11-16-1997; IN COMMERCE
11-16-1997.

OWNER OF U.S. REG. NOS. 1,460,988,
1,727,740, AND 1,808,520.

THE MARK IS LINED FOR THE COLORS
RED AND BLUE

SN 75-977,159. FILED 9-6-1996.

LAVERNE THOMPSON, EXAMINING ATTOR-
NEY

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

Reg. No. 2,348,651

## United States Patent and Trademark Office

Registered May 9, 2000

## TRADEMARK
### PRINCIPAL REGISTER



TOMMY HILFIGER LICENSING, INC. (DELA-
WARE CORPORATION)
913 N. MARKET STREET
WILMINGTON, DE 19801

FOR: KEY LANYARDS, IN CLASS 20 (U.S.
CLS. 2, 13, 22, 25, 32 AND 50).
FIRST USE 1-1-1999; IN COMMERCE
1-1-1999.

OWNER OF U.S. REG. NOS. 1,460,988,
1,727,740, AND 1,808,520.
THE MARK IS LINED FOR THE COLORS
RED AND BLUE.

SER. NO. 75-739,291, FILED 6-29-1999.

LAVERNE THOMPSON, EXAMINING ATTOR-
NEY

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51, and 52

## United States Patent and Trademark Office

Reg. No. 1,998,783
Registered Sep. 3, 1996

## TRADEMARK
### PRINCIPAL REGISTER

# TOMMY

TOMMY HILFIGER LICENSING, INC. (DELA-
WARE CORPORATION)
913 N. MARKET STREET
WILMINGTON, DE 19801

FOR: COSMETICS, NAMELY COLOGNE, CO-
LOGNE SPRAY, AFTER-SHAVE AND AFTER-
SHAVING BALMS, DEODORANTS AND

SOAPS FOR PERSONAL USE, IN CLASS 3 (U.S.
CLS. 1, 4, 6, 50, 51 AND 52).
   FIRST USE 5-0-1995; IN COMMERCE
5-0-1995.

   SN 74-626,649, FILED 1-27-1995.

LINDA E. BLOHM, EXAMINING ATTORNEY

JUL.23.2001  1:57PM    NO.955   P.10
F:06/06

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

## United States Patent and Trademark Office

Reg. No. 2,387,923
Registered Sep. 19, 2000

### TRADEMARK
PRINCIPAL REGISTER

## TOMMY

TOMMY HILFIGER LICENSING, INC. (DELAWARE CORPORATION)
913 N. MARKET STREET
WILMINGTON, DE 19801

FOR: SUNGLASSES, EYEGLASSES AND EYE-GLASS FRAMES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 8-0-1999; IN COMMERCE 8-0-1999.

OWNER OF U.S. REG. NOS. 1,738,410, 2,162,940 AND OTHERS.

THE NAME IN THE MARK IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

SER. NO. 75-853,396, FILED 11-18-1999.

LAVERNE THOMPSON, EXAMINING ATTORNEY

TOTAL P.06

JUL.23.2001     5:57PM                                          NO.955     P.12

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51, and 52

**United States Patent and Trademark Office**

Reg. No. 2,145,523

Registered Mar. 17, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## TOMMY GIRL

TOMMY HILFIGER LICENSING, INC. (DELA-
WARE CORPORATION)
913 N. MARKET STREET
WILMINGTON, DE 19801

FOR: COLOGNES AND BODY LOTIONS, IN
CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 9-0-1996; IN COMMERCE
9-0-1996.

SN 75-976,280, FILED 3-27-1996.

EDWARD NELSON, EXAMINING ATTORNEY

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51, and 52

Reg. No. 2,159,761

## United States Patent and Trademark Office

Registered May 19, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## TOMMY GIRL

TOMMY HILFIGER LICENSING, INC. (DELA-
WARE CORPORATION)
913 N. MARKET STREET
WILMINGTON, DE 19801

FOR: PERSONAL DEODORANTS AND
ANTI-PERSPIRANTS; SHOWER GEL; LIP-

STICK AND LIP GLOSS, IN CLASS 3 (U.S. CLS.
1, 4, 6, 50, 51 AND 52).

FIRST USE 9-1-1996; IN COMMERCE
9-1-1996.

SN 75-977,128, FILED 3-27-1996.

EDWARD NELSON, EXAMINING ATTORNEY

JUL.23.2001   5:58PM                                                      NO.955    P.16

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51, and 52

**Reg. No. 1,978,987**

## United States Patent and Trademark Office   Registered June 4, 1996

### TRADEMARK
### PRINCIPAL REGISTER

## TOMMY HILFIGER

TOMMY HILFIGER, INC. (NEW JERSEY COR-
PORATION)
25 WEST 39TH STREET
NEW YORK, NY 10018

FOR: COLOGNE, IN CLASS 3 (U.S. CLS. 1, 4,
6, 50, 51 AND 52).
FIRST USE 4–17–1995; IN COMMERCE
4–17–1995.

OWNER OF U.S. REG. NOS. 1,396,905 AND
1,398,612.

"TOMMY HILFIGER" IS A LIVING INDI-
VIDUAL WHOSE CONSENT IS OF RECORD.

SN 74–802,729. FILED 1–30–1991.

EDWARD NELSON, EXAMINING ATTORNEY

Int. Cls.: 14 and 25

Prior U.S. Cls.: 2, 22, 27, 28, 39, and 50

**United States Patent and Trademark Office**          Reg. No. 2,162,940
                                                        Registered June 2, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## TOMMY HILFIGER

TOMMY HILFIGER LICENSING, INC. (DELA-
WARE CORPORATION)
913 N. MARKET STREET
WILMINGTON, DE 19801

   FOR: JEWELRY MADE OF PRECIOUS AND
NON-PRECIOUS METALS AND STONES,
NAMELY, CUFF-LINKS, AND BRACELETS, IN
CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).
   FIRST USE 11-16-1997; IN COMMERCE
11-16-1997.
   FOR: FOOTWEAR, NAMELY, SHOES,
BOOTS, SNEAKERS, SANDALS AND SLIP-
PERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-15-1997; IN COMMERCE
1-15-1997.

OWNER OF U.S. REG. NOS. 1,173,410,
1,995,802, AND OTHERS.

"TOMMY HILFIGER" IS A LIVING INDI-
VIDUAL WHOSE CONSENT TO THE REGIS-
TRATION OF HIS NAME IS OF RECORD.

SN 75-977,194, FILED 9-6-1996.

EDWARD NELSON, EXAMINING ATTORNEY

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

**United States Patent and Trademark Office**

Reg. No. 2,351,825

Registered May 23, 2000

## TRADEMARK
### PRINCIPAL REGISTER

# TOMMY HILFIGER

TOMMY HILFIGER LICENSING, INC. (DELA-
WARE CORPORATION)
913 N. MARKET STREET
WILMINGTON, DE 19801

FOR: KEY LANYARDS, IN CLASS 20 (U.S. CLS.
2, 13, 22, 25, 32 AND 50).
FIRST USE 1-1-1999; IN COMMERCE 1-1-1999.

OWNER OF U.S. REG. NOS. 1,833,391, 2,162,940
AND OTHERS.
THE NAME IN THE MARK IDENTIFIES A LIVING
INDIVIDUAL WHOSE CONSENT IS OF RECORD.

SER. NO. 75-739,290, FILED 6-29-1999.

LAVERNE THOMPSON, EXAMINING ATTORNEY

JJUL.23.2001 1 6:00PM    NO.955    P.21
P.04/06

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,407,566

## United States Patent and Trademark Office

Registered Nov. 28, 2000

### TRADEMARK
### PRINCIPAL REGISTER

### TOMMY JEANS

TOMMY HILFIGER LICENSING, INC. (DELAWARE CORPORATION)
913 N. MARKET STREET
WILMINGTON, DE 19801

FOR: CLOTHING FOR MEN, WOMEN AND CHILDREN, NAMELY, T-SHIRTS, SWEATSHIRTS, SWEATERS, SHIRTS, ANORAKS, JACKETS, COATS, JEANS, SHORTS, OVERALLS, HATS, AND CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-0-1995; IN COMMERCE 12-0-1995.
OWNER OF U.S. REG. NOS. 1,173,410, 1,995,802 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "JEANS", APART FROM THE MARK AS SHOWN.

SER. NO. 75-378,962, FILED 10-24-1997.

DAVID H. STINE, EXAMINING ATTORNEY

JUL.24.2001 10:05AM                                    NO.993    P.2 02/02

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**    Reg. No. 2,412,267
                                                  Registered Dec. 12, 2000

## TRADEMARK
### PRINCIPAL REGISTER



TOMMY HILFIGER LICENSING, INC. (DELAWARE CORPORATION)
913 N. MARKET STREET
WILMINGTON, DE 19801

  FOR: FULL LINE OF APPAREL AND HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-1-1997; IN COMMERCE 9-1-1997. THE DRAWING IS LINED FOR THE COLORS RED AND BLUE.

  SER. NO. 75-813,501, FILED 9-13-1999.

LAVERNE THOMPSON, EXAMINING ATTORNEY

**CIVIL COVER SHEET**

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Tommy Hilfiger Licensing, Inc. | Various John Does Nos. 1-300 and XYZ Companies Nos. 1-20 |

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF
LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Stephen R. Smith, Esq. and Ivan J. Snyder, Esq.
Powell Goldstein LLP
901 New York Avenue, N.W., Third Floor
Washington, DC 20001

ATTORNEY

CASE NUMBER  1:07CV00274

JUDGE: Royce C. Lamberth

DECK TYPE: TRO/Preliminary Injunctio

DATE STAMP: 02/06/2007

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ⊙ 3 Federal Question (U.S. Government Not a Party)
- ○ 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP O...**
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT...

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

**IV. CASE ASSIGNMENT AND NATURE OF SUIT**
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

- ○ **A. Antitrust**
  - ☐ 410 Antitrust

- ○ **B. Personal Injury/ Malpractice**
  - ☐ 310 Airplane
  - ☐ 315 Airplane Product Liability
  - ☐ 320 Assault, Libel & Slander
  - ☐ 330 Federal Employers Liability
  - ☐ 340 Marine
  - ☐ 345 Marine Product Liability
  - ☐ 350 Motor Vehicle
  - ☐ 355 Motor Vehicle Product Liability
  - ☐ 360 Other Personal Injury
  - ☐ 362 Medical Malpractice
  - ☐ 365 Product Liability
  - ☐ 368 Asbestos Product Liability

- ○ **C. Administrative Agency Review**
  - ☐ 151 Medicare Act
  - **Social Security:**
  - ☐ 861 HIA ((1395ff)
  - ☐ 862 Black Lung (923)
  - ☐ 863 DIWC/DIWW (405(g)
  - ☐ 864 SSID Title XVI
  - ☐ 865 RSI (405(g)
  - **Other Statutes**
  - ☐ 891 Agricultural Acts
  - ☐ 892 Economic Stabilization Act
  - ☐ 893 Environmental Matters
  - ☐ 894 Energy Allocation Act
  - ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

- ⊙ **D. Temporary Restraining Order/Preliminary Injunction**
  Any nature of suit from any category may be selected for this category of case assignment.
  *(If Antitrust, then A governs)*

- ○ **E. General Civil (Other)**    OR    ○ **F. Pro Se General Civil**

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☒ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**Other Statutes**
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted<br>Student Loans<br>(excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities-<br>Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting<br>(if Voting Rights Act) |

**V. ORIGIN**

○ 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

Plaintiff files this claim under 15 U.S.C. 1051, et seq. for trademark infringement and counterfeiting.

**VII. REQUESTED IN COMPLAINT**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ [_____]   Check YES only if demanded in compl.   JURY DEMAND: YES ☐  NO ☒

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☒   NO ☐   If yes, please complete related case form.

Tommy Hilfiger Licensing v. Various John Does and XYZ Companies; CA No. 04-0047 (PCL)

DATE 2/2/07   SIGNATURE OF ATTORNEY OF RECORD _Stephen R. Smith JSS_

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.