UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

TOMMY HILFIGER LICENSING, INC.
25 West 39th Street
New York, New York 10018,

        Plaintiff,

vs.

VARIOUS JOHN DOES NOS. 1-300, and
XYZ COMPANIES NOS. 1-20,

        Defendants.

Case No.:

## PLAINTIFF'S DISCLOSURE STATEMENT
## FILED PURSUANT TO LOCAL CIVIL RULE 26.1

Upon information and belief, the undersigned, counsel of record for plaintiff Tommy Hilfiger Licensing, Inc. certify that Tommy Hilfiger Licensing, Inc. is a wholly owned subsidiary of Tommy Hilfiger Corporation. Tommy Hilfiger Corporation is a publicly held corporation. There is no parent company, subsidiary or affiliate of Tommy Hilfiger Corporation that has any outstanding securities in the hands of the public. This representation is made in order that judges of this court may determine the need for recusal.

Dated: February 2, 2007

Respectfully submitted,

/s/ Ivan J. Snyder
Stephen R. Smith
D.C. Bar No. 453719
Ivan J. Snyder
D.C. Bar No. 498461
POWELL GOLDSTEIN LLP
901 New York Avenue, N.W.
Third Floor
Washington, D.C. 20001
202-347-0066
202-624-7222 (Facsimile)

ATTORNEYS FOR PLAINTIFF
TOMMY HILFIGER LICENSING, INC

OF COUNSEL:
Brian W. Brokate, Esquire
Angelo E. P. Mazza, Esquire
GIBNEY, ANTHONY & FLAHERTY
665 Fifth Avenue
New York, New York
212-688-5151
212-688-8315 (Facsimile)


::ODMA\PCDOCS\WSH\412953\1