UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOMMY HILFIGER LICENSING, Inc., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VARIOUS JOHN DOES NOS. 1-300, ) <br> AND XYZ COMPANIES NOS. 1-20, ) <br> ) <br> Defendants. ) <br> ) | SEALED <br><br> Civil Action No. 07-274 (RCL) <br><br> FILED <br> FEB - 7 2007 <br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |

### ORDER

On February 7, 2007, a hearing on Plaintiff's Motion for an *Ex Parte* Temporary Restraining Order and Impoundment Order was held before this Court. Upon consideration of Plaintiff's proffer, this Court GRANTED Plaintiff's Motion for an *Ex Parte* Temporary Restraining Order and Impoundment Order. Accordingly, it is hereby

ORDERED that, in the interests of justice and for good cause shown, the period for the Temporary Restraining Order shall be further extended for an additional period of ten (10) business days, and shall expire on March 8, 2007.

SO ORDERED.

2/7/07
DATE

Royce C. Lamberth
United States District Judge