UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA

TOMMY HILFIGER LICENSING, INC.   )
                                                                            )
        Plaintiff,   )
                                                                            )
vs.   )   Case No.:  07-0274 (RCL)
                                                                            )
VARIOUS JOHN DOES NOS. 1-300, and   )
XYZ COMPANIES NOS. 1-20,   )
                                                                            )
        Defendants.   )
                                                                            )

## NOTICE OF FILING

Plaintiff Tommy Hilfiger Licensing, Inc. ("Tommy Hilfiger") hereby asks this Court to please take notice of the filing of a surety bond, which is attached hereto as Exhibit A, pursuant to the Court's order of February 7, 2007.

Respectfully submitted,

POWELL GOLDSTEIN LLP

/s/ Ivan J. Snyder
Stephen R. Smith
D.C. Bar No. 453719
Ivan J. Snyder
D.C. Bar No. 498461
901 New York Avenue, N.W.
Third Floor
Washington, D.C. 20001
202/347-0066
202/624-7222 (facsimile)

ATTORNEYS FOR PLAINTIFF
Tommy Hilfiger Licensing, Inc.

OF COUNSEL:

Brian W. Brokate, Esquire
Angelo E. P. Mazza, Esquire
GIBNEY, ANTHONY & FLAHERTY
665 Fifth Avenue
New York, NY  10022
212-688-5151
212-688-8315 (facsimile)

Dated:   February 12, 2007

::ODMA\PCDOCS\WSH\413938\1