UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA

| | |
|---|---|
| TOMMY HILFIGER LICENSING, INC., | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 07-0274 (RCL) |
| VARIOUS JOHN DOES NOS. 1-300, and XYZ COMPANIES NOS. 1-20, | ) |
| Defendants. | ) |

## MOTION TO SUBSTITUTE NAMED DEFENDANTS FOR JOHN DOES

COMES NOW Tommy Hilfiger Licensing, Inc. ("Hilfiger") moving this Court for an order substituting Named Defendants for John Does and respectfully shows as follows:

1.  On March 1, 2007, Hilfiger executed seizures under the terms of this Court's February 7, 2007 Order.

2.  During those seizures, Hilfiger identified a vendor who was trading in counterfeit Hilfiger merchandise. The vendor is identified in the Declaration of Jack Smalley, which is attached hereto as Exhibit A.

3.  Based on that declaration, Hilfiger requests that the Court enter the Order submitted herewith naming the identified vendor individually as Defendant in this action.

WHEREFORE, Hilfiger respectfully requests that the Court grant its Motion to Substitute Named Defendant for John Doe and grant it such other and further relief to which it may be justly entitled.

Respectfully submitted,

 /s/ Stephen R. Smith
Stephen R. Smith
D.C. Bar No. 453719
Ivan J. Snyder
D.C. Bar No. 498461
901 New York Avenue, N.W.
Third Floor
Washington, D.C. 20001
202-347-0066
202-624-7222 (facsimile)

ATTORNEYS FOR PLAINTIFF
TOMMY HILFIGER LICENSING, INC.

OF COUNSEL:

Brian W. Brokate
Angelo E. P. Mazza
GIBNEY, ANTHONY & FLAHERTY
665 Fifth Avenue
New York, New York
212/688-5151
212/688-8315 (Facsimile)

Dated:  March 6, 2007

::ODMA\PCDOCS\WSH\415892\1

UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA

| | |
|---|---|
| TOMMY HILFIGER LICENSING, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>VARIOUS JOHN DOES NOS. 1-300, and )<br>XYZ COMPANIES NOS. 1-20, )<br>)<br>Defendants. )<br>) | Case No.: 07-0274 (RCL) |

## DECLARATION OF SERVICE

1.  My name is Jack Smalley. I am over the age of eighteen years, of sound mind and competent to testify to the facts stated below. I am working under the direction and control of the Tontine Group, directed by Kenneth G. Cook, in the above-captioned matter.

2.  When used in this affidavit, the term "effected service" means that the individual named herein was personally served with a Summons and copies of the Complaint; Plaintiff's Motion for an <u>Ex Parte</u> Temporary Restraining Order; Seizure and Impoundment Order; Order and Notice Setting Preliminary Injunction Hearing; Order Permitting Expedited Discovery; Order to Issue John Doe Summons; and Order Setting Bond, and supporting declarations; Plaintiff's Memorandum in Support of Motion for Temporary Restraining Order; and Temporary Restraining Order, Seizure Order, Expedited Discovery Order and Order to Show Cause Bringing on Motion for Preliminary Injunction.

3.  On March 1, 2007, service was effected on Kings Discount Store LLC, a business establishment which is located at 620 H St. NE, Washington, D.C. 20002. Twenty-five counterfeit items were seized.

2

      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

      Dated:    March 6, 2007
                    Washington, D.C.

                                                         /s/ Jack Smalley
                                                     Jack Smalley

::ODMA\PCDOCS\WSH\415900\1

UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA

| | |
|---|---|
| TOMMY HILFIGER LICENSING, INC. )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>VARIOUS JOHN DOES NOS. 1-300, and )<br>XYZ COMPANIES NOS. 1-20, )<br>)<br>Defendants. )<br>)<br>_____ ) | Case No.:  07-0274 (RCL) |

## ORDER SUBSTITUTING NAMED DEFENDANT FOR JOHN DOES

After having considered the pleadings on file and the arguments of counsel, this Court is of the opinion that the Plaintiff's Motion to Substitute Named Defendant for John Does shall be, and hereby is, GRANTED.

It is therefore ORDERED that:

XYZ COMPANY 1 is Kings Discount Store LLC.

Dated: _____          SO ORDERED:


                                                              _____
                                                              UNITED STATES DISTRICT JUDGE

::ODMA\PCDOCS\WSH\376073\1