UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA

| | |
|---|---|
| TOMMY HILFIGER LICENSING, INC. | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 07-0274 (RCL) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| VARIOUS JOHN DOES NOS. 1-300, and | ) |
| XYZ COMPANIES NOS. 1-20, | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## PLAINTIFF'S MOTION TO UNSEAL

Plaintiff Tommy Hilfiger Licensing, Inc. hereby moves to unseal this matter and states as

follows:

On February 6, 2007, this Court granted Plaintiff's motion to file the Complaint and Motion

for Ex Parte Temporary Restraining Order ("the Complaint and Motion") in this matter under seal.

Plaintiff required some element of surprise so that the vendors and shopkeepers did not remove

these items from display before they were seized.  Plaintiff has executed seizures of these items and

did not publicize the requested seizures as required under under 15 U.S.C. §1116(d)(4)(b)(ii).

However, the order sealing this matter is no longer necessary and Plaintiff requests that it be lifted.

WHEREFORE, Tommy Hilfiger Licensing, Inc. prays that this Court enter an order

unsealing this matter.

Dated: March 6, 2007

Respectfully submitted,

/s/ Stephen R. Smith
Stephen R. Smith
D.C. Bar No. 453719
Ivan J. Snyder
D.C. Bar No. 498461
POWELL GOLDSTEIN LLP
901 New York Avenue, N.W.
Third Floor
Washington, D.C. 20001
202-347-0066
202-624-7222 (Facsimile)

ATTORNEYS FOR PLAINTIFF
TOMMY HILFIGER LICENSING, INC.

OF COUNSEL:
Brian W. Brokate, Esquire
Angelo E. P. Mazza, Esquire
GIBNEY, ANTHONY & FLAHERTY
665 Fifth Avenue
New York, New York
212-688-5151
212-688-8315 (Facsimile)

UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA

TOMMY HILFIGER LICENSING, INC.    )
    )
    )
    Plaintiff,    )
    )  Case No.:  07-0274 (RCL)
    )
    vs.    )
    )
VARIOUS JOHN DOES NOS. 1-300, and    )
XYZ COMPANIES NOS. 1-20,    )
    )
    Defendants.    )
    )
    )

## ORDER GRANTING MOTION TO UNSEAL

Before this Court is Plaintiff Tommy Hilfiger Licensing, Inc.'s Motion to Unseal.  The

Court, after reviewing the Motion, finds that it is well taken and, accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that Tommy Hilfiger Licensing, Inc.'s

Motion to Unseal this proceeding is GRANTED.

 

ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF COLUMBIA

Dated:  Washington, D.C.

March __, 2007

ISSUED: _____ _.m.

::ODMA\PCDOCS\WSH\415918\1

3