UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA

| | |
|---|---|
| TOMMY HILFIGER LICENSING, INC. ) <br> ) <br> Plaintiff, ) <br> ) Case No.: 07-0274 (RCL) <br> vs. ) <br> ) <br> VARIOUS JOHN DOES NOS. 1-300, and ) <br> XYZ COMPANIES NOS. 1-20, ) <br> ) <br> Defendants. ) <br> ) | **FILED** <br> MAR - 7 2007 <br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |

## ORDER GRANTING MOTION TO UNSEAL

Before this Court is Plaintiff Tommy Hilfiger Licensing, Inc.'s Motion to Unseal. The Court, after reviewing the Motion, finds that it is well taken and, accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that Tommy Hilfiger Licensing, Inc.'s Motion to Unseal this proceeding is GRANTED.

*Royce C. Lamberth* (signature)
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF COLUMBIA

Dated: Washington, D.C.

March 7, 2007

ISSUED: 5:20 p.m.

::ODMA\PCDOCS\WSH\415918\1