UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA

TOMMY HILFIGER LICENSING, INC.  )
                                )
            Plaintiff,           )
                                )
    vs.                          )  Case No.: 07-0274 (RCL)
                                )
VARIOUS JOHN DOES NOS. 1-300, and )
XYZ COMPANIES NOS. 1-20,         )         **FILED**
                                )
            Defendants.          )         MAR - 7 2007
                                )
                                )  NANCY MAYER WHITTINGTON, CLERK
                                           U.S. DISTRICT COURT

## ORDER SUBSTITUTING NAMED DEFENDANT FOR JOHN DOES

After having considered the pleadings on file and the arguments of counsel, this Court is of the opinion that the Plaintiff's Motion to Substitute Named Defendant for John Does shall be, and hereby is, GRANTED.

It is therefore ORDERED that:

XYZ COMPANY 1 is Kings Discount Store LLC.

Dated: 3/7/07                    SO ORDERED:

                                _____
                                UNITED STATES DISTRICT JUDGE

::ODMA\PCDOCS\WSH\376073\1