UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA

| | |
|---|---|
| TOMMY HILFIGER LICENSING, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>VARIOUS JOHN DOES NOS. 1-300, and )<br>XYZ COMPANIES NOS. 1-20, )<br>)<br>Defendants. )<br>) | Case No.: 07-0274 (RCL) |

## MOTION TO SUBSTITUTE NAMED DEFENDANTS FOR JOHN DOES

COMES NOW Tommy Hilfiger Licensing, Inc. ("Hilfiger") moving this Court for an order substituting Named Defendants for John Does and respectfully shows as follows:

1. On December 14, 2007, Hilfiger executed seizures under the terms of this Court's March 7, 2007 Order.

2. During those seizures, Hilfiger identified multiple vendors who were trading in counterfeit Hilfiger merchandise. These vendors are identified in the Declaration of Jack Smalley, which is attached hereto as Exhibit A.

3. Based on that declaration, Hilfiger requests that the Court enter the Order submitted herewith naming the identified vendors individually as Defendants in this action.

WHEREFORE, Hilfiger respectfully requests that the Court grant its Motion to Substitute Named Defendant for John Doe and grant it such other and further relief to which it may be justly entitled.

          Respectfully submitted,

          /s/ Ivan J. Snyder
          Ivan J. Snyder
          D.C. Bar No. 498461
          901 New York Avenue, N.W.
          Third Floor
          Washington, D.C. 20001
          202-347-0066
          202-624-7222 (facsimile)

          ATTORNEYS FOR PLAINTIFF
          TOMMY HILFIGER LICENSING, INC.

OF COUNSEL:

Brian W. Brokate
Angelo E. P. Mazza
GIBNEY, ANTHONY & FLAHERTY
665 Fifth Avenue
New York, New York
212/688-5151
212/688-8315 (Facsimile)

Dated:   March 10, 2008

::ODMA\PCDOCS\WSH\444209\1

UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA

| | |
|---|---|
| TOMMY HILFIGER LICENSING, INC. )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>VARIOUS JOHN DOES NOS. 1-300, and )<br>XYZ COMPANIES NOS. 1-20, )<br>)<br>Defendants. )<br>)<br>_____ ) | Case No.: 07-0274 (RCL) |

## ORDER SUBSTITUTING NAMED DEFENDANT FOR JOHN DOES

After having considered the pleadings on file and the arguments of counsel, this Court is of the opinion that the Plaintiff's Motion to Substitute Named Defendant for John Does shall be, and hereby is, GRANTED.

It is therefore ORDERED that:

John Doe 1 is Ahmad Jawed Azamy; and

John Doe 2 is Henry U. Jerry.

Dated: _____          SO ORDERED:

                                                                          _____
                                                                          Royce C. Lamberth
                                                                          UNITED STATES DISTRICT JUDGE
                                                                          FOR THE DISTRICT OF COLUMBIA

::ODMA\PCDOCS\WSH\444206\1

UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA

| | |
|---|---|
| TOMMY HILFIGER LICENSING, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>VARIOUS JOHN DOES NOS. 1-300, and )<br>XYZ COMPANIES NOS. 1-20, )<br>)<br>Defendants. )<br>) | Case No.: 07-0274 (RCL) |

## DECLARATION OF SERVICE

1. My name is Jack Smalley. I am over the age of eighteen years, of sound mind and competent to testify to the facts stated below. I am working under the direction and control of the Tontine Group, directed by Kenneth G. Cook, in the above-captioned matter.

2. When used in this affidavit, the term "effected service" means that the individual named herein was personally served with a Summons and copies of the Complaint; Plaintiff's Motion for an Ex Parte Temporary Restraining Order; Seizure and Impoundment Order; Order and Notice Setting Preliminary Injunction Hearing; Order Permitting Expedited Discovery; Order to Issue John Doe Summons; and Order Setting Bond, and supporting declarations; Plaintiff's Memorandum in Support of Motion for Temporary Restraining Order; and Temporary Restraining Order, Seizure Order, Expedited Discovery Order and Order to Show Cause Bringing on Motion for Preliminary Injunction.

3. On December 14, 2007, service was effected on the following individuals:

 (a) Ahmad Jawed Azamy, who was vending at 1700 17th St. NW, Washington, D.C. Mr. Azamy resides at 1434 Madrigal Drive, Woodbridge, Virginia 22193. One counterfeit item was seized; and

2

     (b)    Henry U. Jerry, who was vending at 20th and K St. NW, Washington, D.C. Mr. Jerry resides at 803 Thurmon Ave., Hyattsville, Maryland 20783. Ten counterfeit items were seized; and

    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

    Dated:    March 10, 2008
               Washington, D.C.

                                                           /s/ Jack Smalley
                                                          Jack Smalley

::ODMA\PCDOCS\WSH\444207\1