UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA

| | |
|---|---|
| TOMMY HILFIGER LICENSING, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>VARIOUS JOHN DOES NOS. 1-300, and )<br>XYZ COMPANIES NOS. 1-20, )<br>)<br>Defendants. )<br>) | Case No.: 07-0274 (RCL) |

## RETURN OF SERVICE/AFFIDAVIT OF SUMMONS AND COMPLAINT EXECUTED

I hereby certify under penalty of perjury, on this 18th day of March 2008, that I am the attorney of record for the plaintiff in the above-entitled case and that the following defendants were personally served with process on the dates indicated:

1. On March 1, 2007, service was effected on Kings Discount Store LLC, a business establishment which is located at 620 H St. NE, Washington, D.C. 20002.

2. On December 14, 2007, service was effected on the following individuals:

    (a) Ahmad Jawed Azamy, who was vending at 1700 17th St. NW, Washington, D.C. Mr. Azamy resides at 1434 Madrigal Drive, Woodbridge, Virginia 22193; and

    (b) Henry U. Jerry, who was vending at 20th and K St. NW, Washington, D.C. Mr. Jerry resides at 803 Thurmon Ave., Hyattsville, Maryland 20783.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:   March 18, 2008

                                              Respectfully submitted,

                                               /s/ Ivan J. Snyder_____
                                              Ivan J. Snyder
                                              D.C. Bar No. 498461
                                              POWELL GOLDSTEIN LLP
                                              901 New York Avenue, N.W.
                                              Third Floor
                                              Washington, D.C. 20001
                                              202-347-0066
                                              202-624-7222 (Facsimile)

                                              ATTORNEYS FOR PLAINTIFF
                                              TOMMY HILFIGER LICENSING, INC.

OF COUNSEL:

Brian W. Brokate, Esquire
Angelo E. P. Mazza, Esquire
GIBNEY, ANTHONY & FLAHERTY
665 Fifth Avenue
New York, New York
212-688-5151
212-688-8315 (Facsimile)


::ODMA\PCDOCS\WSH\445779\1

2