UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA

| | |
|---|---|
| TOMMY HILFIGER LICENSING, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 07-0274 (RCL) ) |
| VARIOUS JOHN DOES NOS. 1-300, and XYZ COMPANIES NOS. 1-20, | ) ) ) |
| Defendants. | ) ) ) |

## MOTION TO SUBSTITUTE NAMED DEFENDANT FOR JOHN DOE

COMES NOW Tommy Hilfiger Licensing, Inc. ("Hilfiger") moving this Court for an order substituting Named Defendant for John Doe and respectfully shows as follows:

1. On March 27, 2008, Hilfiger executed seizures under the terms of this Court's March 11, 2008 Order.

2. During those seizures, Hilfiger identified one vendor who was trading in counterfeit Hilfiger merchandise. This vendor is identified in the Declaration of Jack Smalley, which is attached hereto as Exhibit A.

3. Based on that declaration, Hilfiger requests that the Court enter the Order submitted herewith naming the identified vendor individually as a Defendant in this action.

WHEREFORE, Hilfiger respectfully requests that the Court grant its Motion to Substitute Named Defendant for John Doe and grant it such other and further relief to which it may be justly entitled.

          Respectfully submitted,

          /s/ Ivan J. Snyder
          Ivan J. Snyder
          D.C. Bar No. 498461
          901 New York Avenue, N.W.
          Third Floor
          Washington, D.C. 20001
          202-347-0066
          202-624-7222 (facsimile)

          ATTORNEYS FOR PLAINTIFF
          TOMMY HILFIGER LICENSING, INC.

OF COUNSEL:

Brian W. Brokate
Angelo E. P. Mazza
GIBNEY, ANTHONY & FLAHERTY
665 Fifth Avenue
New York, New York
212/688-5151
212/688-8315 (Facsimile)

Dated:   July 31, 2008

5188637-1          2

UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA

| | |
|---|---|
| TOMMY HILFIGER LICENSING, INC. )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>VARIOUS JOHN DOES NOS. 1-300, and )<br>XYZ COMPANIES NOS. 1-20, )<br>)<br>Defendants. )<br>)<br>_____ ) | Case No.: 07-0274 (RCL) |

**ORDER SUBSTITUTING NAMED DEFENDANT FOR JOHN DOE**

After having considered the pleadings on file and the arguments of counsel, this Court is of the opinion that the Plaintiff's Motion to Substitute Named Defendant for John Doe shall be, and hereby is, GRANTED.

It is therefore ORDERED that:

John Doe 3 is Xiu Wong.

Dated: _____        SO ORDERED:


_____
Royce C. Lamberth
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF COLUMBIA

UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA

| | |
|---|---|
| TOMMY HILFIGER LICENSING, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> VARIOUS JOHN DOES NOS. 1-300, and ) <br> XYZ COMPANIES NOS. 1-20, ) <br> ) <br> Defendants. ) <br> ) | Case No.: 07-0274 (RCL) |

### DECLARATION OF SERVICE

1.      My name is Jack Smalley.  I am over the age of eighteen years, of sound mind and competent to testify to the facts stated below.  I am working under the direction and control of the Tontine Group, directed by Kenneth G. Cook, in the above-captioned matter.

2.      When used in this affidavit, the term "effected service" means that the individual named herein was personally served with a Summons and copies of the Complaint; Plaintiff's <u>Ex Parte</u> Motion for a Supplemental Show Cause Order and Seizure Order, and supporting declarations; Supplemental Show Cause Order and Seizure Order; Preliminary Injunction Order; and Initial Electronic Case Filing Order.

3.      On March 27, 2008, service was effected on Xiu Wong, who was vending at 1309 5th Street NE, Washington, D.C. Ms. Wong resides at 1309 5th Street NE, Washington, D.C. 20002. Six counterfeit items were seized.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  July 31, 2008
         Washington, D.C.

                 <u>  /s/ Jack Smalley     </u>
                 Jack Smalley