UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA

| | |
|---|---|
| TOMMY HILFIGER LICENSING, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> VARIOUS JOHN DOES NOS. 1-300, and ) <br> XYZ COMPANIES NOS. 1-20, ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | Case No.: 07-0274 (RCL) <br><br> FILED <br><br> AUG - 1 2008 <br><br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |

### ORDER SUBSTITUTING NAMED DEFENDANT FOR JOHN DOE

After having considered the pleadings on file and the arguments of counsel, this Court is of the opinion that the Plaintiff's Motion to Substitute Named Defendant for John Doe shall be, and hereby is, GRANTED.

It is therefore ORDERED that:

John Doe 3 is Xiu Wong.

Dated: 8/1/08

SO ORDERED:

_____
Royce C. Lamberth
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF COLUMBIA