UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA

| | |
|---|---|
| TOMMY HILFIGER LICENSING, INC., | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 07-0274 (RCL) |
| VARIOUS JOHN DOES NOS. 1-300, and XYZ COMPANIES NOS. 1-20, | ) |
| Defendants. | ) |

**RETURN OF SERVICE/AFFIDAVIT OF SUMMONS AND COMPLAINT EXECUTED**

I hereby certify under penalty of perjury, on this 11th day of August 2008, that I am the attorney of record for the plaintiff in the above-entitled case and that the following defendants were personally served with process on the dates indicated:

On March 27, 2008, service was effected on Xiu Wong, who was vending at 1309 5th Street NE, Washington, D.C. Ms. Wong resides at 1309 5th Street NE, Washington, D.C. 20002. Six counterfeit items were seized.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  August 11, 2008

Respectfully submitted,

 /s/ Ivan J. Snyder
Ivan J. Snyder
D.C. Bar No. 498461
POWELL GOLDSTEIN LLP
901 New York Avenue, N.W.
Third Floor
Washington, D.C. 20001
202-347-0066
202-624-7222 (Facsimile)

                    ATTORNEYS FOR PLAINTIFF
                    TOMMY HILFIGER LICENSING, INC.

OF COUNSEL:

Brian W. Brokate, Esquire
Angelo E. P. Mazza, Esquire
GIBNEY, ANTHONY & FLAHERTY
665 Fifth Avenue
New York, New York
212-688-5151
212-688-8315 (Facsimile)

5196847-1                    2